NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Walter Herman Taylor,<br><br>   Petitioner,<br><br>v.<br><br>David Shinn, et al.<br><br>   Respondents. | No. CV-20-08207-PCT-SRB (MHB)<br><br>**ORDER** |

  Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on August 10, 2020 raising four grounds for relief: 1) that his arrest resulted from an illegal search and seizure; 2) that his Fourth, Fifth and Fourteenth Amendment rights were violated when the State withheld dash cam video from the grand jury; 3) that his Fourth, Fifth and Fourteenth Amendment rights were violated when the trial court issued a decision at a suppression hearing without watching the video at issue; and 4) ineffective assistance of trial counsel violating his Sixth Amendment rights. Respondents filed a Limited Response to Petitioner's Petition for Writ of Habeas Corpus on November 16, 2020. Petitioner filed a Reply on January 14, 2021. On June 24, 2021, the Magistrate Judge issued her Report and Recommendation recommending that the petition be denied and dismissed with prejudice.

  In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

  The Court finds itself in agreement with the Report and Recommendation of the

Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 23)

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus and dismissing it with prejudice. (Doc. 1)

**IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because the dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 22nd day of July, 2021.

_____
Susan R. Bolton
United States District Judge